Clerk, Stamp Date & mail to Caba SASE.

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND-PROVIDENCE DIVISION

Oscar Caba
petitioner, :

v. : C.A. No.: **05-026T**

United States of America
respondent. :
ooOoo

**PETITIONER'S SUBMISSION OF NEW SUPPORTING CASE LAW PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 28(j) FOR SUMMARY JUDGMENT**

**COMES NOW** petitioner Oscar Caba (hereinafter referred to as petitioner), appearing pro se with Law Professor Ron Veatch on the brief, filing pursuant to Federal Rules of Appellate Procedure Rule 28(j) adopting **Cirilo-Munoz v. United States**, 404 F.3d 527 (1st Cir. 2005), which requires this court to grant judgment to petitioner. Petitioner is filing this additional affirmative motion for summary judgment in order to have ruled that 21 U.S.C. §§841-846 is and are the same, unconstitutional under the recent **U.S. v. Booker/Fanfan**, 543 U.S.____, 160 L.Ed.2d 621, 125 S.Ct. ____ (January 12, 2005) decision.

In petitioner's case, the government admitted all 6 prejudicial ineffective assistance claims. Under the **Olano** doctrine, three (3)

harmless errors is plain error and always defeats harmless error consideration. **United States v. Olano**, 507 U.S. 725, 123 L.Ed.2d 508, 113 S.Ct. 1770 (1993). This issue is res judicata and as supported in **Cirilo-Munoz**, supra, and also applies to 28 U.S.C. §2255.

The First Circuit has now applied **Blakely v. Washington**, 542 U.S. ____, 159 L.Ed.2d 403, 124 S.Ct. ____ (2004) and **Booker**, supra, and **Blakely**, supra were in fact watershed rules that changed the understanding on punishment and judicial authority "substantially". That's what watershed rule is. See: **Schiriro v. Summerlin**, 542 U.S. ____, 159 L.Ed.2d 442, 124 S.Ct. ____ (2004).

**WHEREFORE**, Mr. Caba is entitled to have his writ granted upon this and his prior pleadings under 28 U.S.C. §2255.

Dated, this the 26 day of June, 2005.

Respectfully Submitted,

Oscar Caba

Oscar Caba, pro se
Reg. No. 04697-070
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

**CERTIFICATE OF SERVICE**

I Oscar Caba, do hereby state under penalty of perjury, that I mailed a copy of the following:

PETITIONER'S SUBMISSION OF NEW SUPPORTING CASE LAW
PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE RULE 28(j)
FOR SUMMARY JUDGMENT

to the below listed person(s):

Office Of The U.S. Attorney
District Of Rhode Island-Providence Division
Federal Building
One Exchange Terrace
Providence, RI 02903

by placing it in a sealed envelope (first class postage pre paid), and depositing it in the outgoing legal mail receptacle located at F.M.C. Devens in Ayer, Massachusetts for forwarding by prison officials in conjunction with applicable statutes and laws regulating mail process for incarcerated individuals.

Dated, this the 26 day of June, 2005.

Oscar Caba
Reg. No. 04697-070
FMC-Devens
P.O. Box 879
Ayer, MA 01432