UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OSCAR CABA,

PETITIONER,

-VS-

UNITED STATES,

RESPONDENT.

C.A. NO. 05-026T

**MOTION TO SUPPLEMENT 28 U.S.C. SECTION 2255 MOTION**

Rule 15(d) of the Federal Rules of Civil Procedure, permits "the party to submit a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented."

After the date of the original filing of petitioner's Section 2255 motion, the Supreme Court decided the case of **John Cunningham -vs- California, No: 05-6551** decided January 22, 2007); where the court reaffirmed the Bright line rule in **Apprendi** where the Supreme Court stated: "any fact extending the defendant's sentence beyond the maximum authorized by the jury's verdict would have been considered an element of an aggravated crime--and thus the domain of the jury--by those who framed the Bill of Rights. The court in **Cunningham** stated: "We have since reaffirmed the Rule of **Apprendi**, applying it to facts subjecting a defendant to the death penalty." **Ring -vs- Arizona,** 536, U.S. 584, 602, 609 (2002); "facts permitting a sentence in excess of the 'standard range' under Washington's Sentencing Reform Act."

**Blakely -vs- Washington, 542 U.S. 296, 304-305, (2004);** and facts triggering a sentence range elevation under the mandatory Federal Sentencing Guidelines." **United States -vs- Booker, 543 U.S. 220, 243, 244 (2005).**

The **Cunningham** court stated: **Blakely** and **Booker** bear most closely on the question presented in this case." **Tyler -vs- Cain, 150 L.Ed.2d 632 (2001);** made retroactively available to Habeas Corpus through multiple holdings. Jones, Apprendi, Ring, Blakely, Booker). The petitioner in the instant petition preserved his **Apprendi** argument at sentencing and on appeal and there is no basis for this court not to apply the Bright line rule first announced in a footnote in **Jones**, reaffirmed in **Apprendi**, reaffirmed in **Ring**, reaffirmed in **Blakely**, and now reaffirmed in **Cunningham**.

Petitioner's sentence was enhanced 19½ years above the statutory maximum of his jury verdict. See initial Section 2255 motion: Page 35,36, and 42.

Petitioner has served the required sentence that should have been imposed and is now being held illegally in violation of his constitutional rights and the law.

## CONCLUSION

Therefore petitioner moves this Honorable Court to allow supplement and apply the ruling in **Cunningham** to his 28 U.S.C. Section 2255 motion.

Respectfully submitted,

Oscar Caba, 04697-070
FMC Devens
Post Office Box 879
Ayer, MA 01432-0879

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was placed in the hands of prison authorities to be placed in the U.S. mail to the following:

Mr. Kenneth P. Madden
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza 8th FL.
Providence, RI 02903

Dated: January 30, 2007

Respectfully submitted,

Oscar Caba, pro-se