IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OSCAR CABA | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-026T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S OBJECTION TO PETITIONER'S**
**MOTION TO SUPPLEMENT 28 U.S.C. § 2255 MOTION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and objects to petitioner's Motion To Supplement 28 U.S.C. § 2255 Motion for those reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 26th day of February, 2007, I caused the Government's Objection To Petitioner's Motion to Supplement 28 U.S.C. 2255 Motion with accompanying Memorandum in Support, to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid to:

Oscar Caba
Reg. No. 04697-070
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OSCAR CABA | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-026T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S MOTION TO SUPPLEMENT 28 U.S.C. § 2255 MOTION**

Petitioner agues in his supplemental motion that the United States Supreme Court's recent decision in Cunningham v. California, __ U.S. __, 127 S.Ct. 856 (2007), lends support to his motion seeking relief from his sentence under 28 U.S.C. § 2255.

In Cunningham, the Court found the defendant's sentence, which was elevated from 12 years to 16 years, was unconstitutional because California's determinative sentencing law gave the job of sentence-elevating fact finding to the judge, thereby violating the defendant's right to a trial by jury. 127 S.Ct. at 868-69. The Court followed the line of reasoning developed in Apprendi v. New Jersey, 530 U.S. 466 (2000), and its progeny, Blakey v. Washington, 542 U.S. 296 (2004) and United States v. Booker, 543 U.S. 220 (2005). The Court stated that the United States Constitution's right to a trial by jury bars a sentencing system that allows a judge to impose a sentence above the statutory maximum based on a fact not found by the jury. Cunningham, 127 S.Ct. at 870. Therefore, Cunningham's sentence was unconstitutional because "the jury's verdict alone limited the permissible sentence to 12 years." Id. at 860.

However, the Cunningham Court, like the Apprendi line of cases before it, makes no reference to retroactive applicability. Consequently, Cunningham does not overturn, or even effect, the line of cases that hold Apprendi, Blakey, and Booker do not apply retroactively. See Cirilo-Munoz v. United States, 404 F.3d 527, 533 (1st Cir. 2005)("Every other circuit that has considered the issue has agreed that Booker does not apply retroactively."); see also United States v. McReynolds, 397 F.3d 479, 481 (7th Cir. 2005)("Booker does not apply retroactively to criminal cases that became final before its release on January 12, 2005."); Sepulveda v. United States, 330 F.3d 55, 59-63 (1st Cir. 2003)(Apprendi is not retroactively applicable under Teague v. Lane, 489 U.S. 288 (1989)).

The Court's decision in Cunningham does nothing to change the petitioner's position, as his case was final before the Court handed down its holding in Booker. Therefore the motion for sentencing relief under 28 U.S.C. § 2255 should be denied.

Respectfully submitted,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

Daniel Walsh
Law Student Intern

**CERTIFICATE OF SERVICE**

On this 26th day of February, 2007, I caused the Government's Objection To Petitioner's Motion to Supplement 28 U.S.C. 2255 Motion with accompanying Memorandum in Support, to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid to:

Oscar Caba
Reg. No. 04697-070
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov