**CONSOLIDATED MOTION & DECLARATION REGARDING THE PROSE PETITIONER'S MOTION PURSUANT TO 28 USC §2248 RELATING TO THE RETURN OF ANSWER ON THE PETITIONER'S 28 USC §2255 AND SUPPLEMENTAL PLEADINGS**

**DECLARATION & AFFIRMATION**

Oscar Caba Prose Petitioner declares and affirms under penalty of perjury that the Instant Filing is true.

1. Respectfully, 28 USC §2248 states, "the allegations of a return to the Writ of Habeas Corpus or of an answer to an order to show cause in a Habeas Corpus Proceeding, if not traversed, shall be accepted as true except to the extent that the Judge finds from the evidence that they are not true."

2. Respectfully, this Honorable Court ordered a response by the Respondent no later than February 20, 2007. The Government has failed to Comply with the Scheduling Order of this Honorable Court, and any attempt on the part of the Government to file an untimely response should be procedurally barred.

3. Respectfully, the Petitioner, Oscar Caba, has already exceeded his Statutory Maximum Sentence that the Court could impose according to his trial jury verdict wherein, each and every day that the Petitioner, Oscar Caba, is held under B.O.P. detention, and this Court's Order is a violation of his 5th & 6th Amendment Rights of Due Process & Equal Protection Guarantees.

**CONCLUSION**

Based on all the Papers filed in the Instant Action the Prose Petitioner is respectfully requesting the Honorable Court to accept the Instant 28 USC §2255 Unopposed Petition as true, and therein resentence the Petitioner to "time served."

Respectfully Submitted,

Dated: 2/23/07 By: [signature]
Oscar Caba
Prose Petitioner

**CABA v UNITED STATES**
**C.A. NO.: 05-026 T**

**PROOF OF SERVICE**

Oscar Caba Prose Petitioner declares and affirms under penalty of perjury that the attached Prose Petitioner's Motion pursuant to 28 USC §2248 relating to the Return or Answer on the Petitioner's 28 USC §2255 & Supplemental Proceedings was Served on the Respondent's Counsel by Regular US Mail with the use of the FMC Devens Prison Legal Mail System as follows:

SERVED ON:

Respondent's Counsel,

AUSA Kenneth P. Madden
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903

Dated: 2/23/07 By: [signature]

Oscar Caba
Prison ID# 04697-070
FMC Devens Prison, Box 879
Ayer, MA 01432
PROSE PRISONER PETITIONER