IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OSCAR CABA | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-026T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S RESPONSE TO PETITIONER'S CONSOLIDATED MOTION AND DECLARATION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and responds to the petitioner's Consolidated Motion And Declaration Regarding The Pro Se Petitioner's Motion Pursuant To 28 USC § 2248 Relating To The Return Of Answer On The Petitioner's 28 USC § 2255 And Supplemental Pleadings.

Whatever facts Caba may argue or claim are undisputed, Caba must first overcome two overriding questions of law, neither of which should be decided in his favor. The first is whether United States v. Booker, 125 S.Ct. 738 (2005), is retroactively applicable to Caba's case which was final in 2001. The government has previously contended and still contends Booker is not retroactively applicable to Caba's post-conviction arguments, and Caba cannot point to any First Circuit Court of Appeals case law that Booker is retroactive. Second, Caba's § 2255 petition was filed more than three and one-half years after his conviction was final. The government has contended and still contends that Caba does not fall into any exception which would exempt him from the-one year statute of limitations. Caba makes no convincing argument that he is exempt.

Caba is not held in violation of the United States Constitution. He still has some way to go before he completes his sentence of 293 months. His Motion And Declaration should be rejected.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

On this 7th day of March, 2007, I caused the within Government's Response To Petitioner's Consolidated Motion and Declaration to be filed electronically and it is available for viewing and downloading from the ECF system.

I hereby certify that on the7th day of March, 2007, I mailed a true copy of the Within Government's Response To Petitioner's Consolidated Motion And Declaration, ordinary mail and postage prepaid, to:

Oscar Caba
Reg. No. 04697-070
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov