IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OSCAR CABA, | § | |
| Petitioner, | § | |
| -vs- | § | C.A. No. 05-026T |
| UNITED STATES OF AMERICA, | § | |
| Respondent[]. | § | |

PETITION TO SCHEDULE AN EVIDENTIARY HEARING

Mr. Caba, contends that this Court is required to conduct a full evidentiary hearing in this matter, because the facts alleged, if true, would justify relief, or where a factual dispute arises as to whether or not a Constitutional right is being denied. Procunier v Atchley, 400 U.S. 446 (1971).

Mr. Caba claims his allegations state substantial claims for relief. Caba seeking § 2255 relief, has to sustain his contentions by only a preponderance of the evidence, and this Mr. Caba has done. Wright v United States, 624 F.2d. 557 (5th Cir 1980). A hearing must be ordered on a petition for post-conviction relief unless

viewing the petition against the record, its allegations do not state a claim for relief or are so palably frivolous as to warrant summary dismissal, Townsend v Sain, 372 U.S. 293 (1963); Fontaine v United States, 411 U.S. 213 (1973).

Wherefore, for the foregoing reasons Mr. Caba moves this Honorable Court to order an evidentiary hearing at its earliest convenience.

Respectfully submitted,

Oscar Caba 4/9/07

Oscar Caba, Pro Se
Federal Medical Center Devens
P.O. Box 879
Ayer, Massachusetts 01432

CERTIFICATE OF SERVICE

This is to certify that a copy of Petitioner Oscar Caba pro se "Petition To Schedule An Evidentiary Hearing" was served upon the following:

Kenneth P. Madden, Esq
United States Attorney's Office
Fleet Center
50 Kennedy PLaza. 8th Floor
Providence, Rhode Island 02903

by placing the same in the hands of H-Unit team in a envelope with proper first class postage to ensure delivery. Houston v Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d. 245 (1988).

Respectfully submitted,

Oscar Caba 4/9/07

Oscar Caba, Pro Se
Federal Medical Center
Devens
04697-070
P.O. Box 879
Ayer, Massachusetts 01432