IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OSCAR CABA | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-026T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S OBJECTION TO PETITIONER'S MOTION TO SCHEDULE AN EVIDENTIARY HEARING**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and objects to petitioner's Motion To Schedule An Evidentiary Hearing for those reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar # 1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

I hereby certify that on the 23rd day of April, 2007, I mailed a true copy of the Within Government's Objection To Petitioner's Motion To Schedule An Evidentiary Hearing, ordinary mail and postage prepaid, to:

Oscar Caba
Reg. No. 04697-070
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OSCAR CABA | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-026T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S MOTION TO SCHEDULE AN EVIDENTIARY HEARING**

Petitioner agues that this Court is required to conduct an evidentiary hearing in his case on grounds that the facts as alleged by him, if true, would warrant such a hearing.

No such hearing is necessary. As threshold matters, the government has argued that United States v. Booker, 543 U.S. 220 (2005), is not retroactively applicable to the defendant as his case was decided years prior to the decision in Booker. The government has further argued that the one-year period of limitations set forth in 28 U.S.C. § 2255 bars Caba from relief. These are issues of law. They are not issues of fact to be resolved by an evidentiary hearing. Simply because the Court did not initially dismiss Caba's petition and thereafter ordered that the government respond does not mean that Caba is automatically entitled to an evidentiary hearing. See, Rule 8 of the Rules Governing Section 2255 Proceedings.

The motion should be denied.

Respectfully submitted,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April 2007, I served a copy of the within Government's Memorandum In Support of It's Objection To Petitioner's Motion To Schedule An Evidentiary Hearing, by ordinary mail and postage prepaid, to:

Oscar Caba
Reg. No. 04697-070
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov