48. Mr. Caba reported attending the RI Trade Shop School, Providence, RI during 1991, studying auto mechanics. This institution is no longer in business; however, this information was supported by the defendant's sister.

Employment

49. From 1996 until March of 1999, Mr. Caba informed that he was self-employed as an auto reconditioner at 72 Mitchell Street, Providence, RI. The establishment was know as Unique Car Care, and the defendant reported that he had a business license from the City of Providence. Mr. Caba had difficulty providing an accurate amount of income, because business frequently fluctuated. At times, he recalled that he could make between $100 to $150 per day. Jasmine Goris and Jacqueline Legon supported this information.

50. From December 10, 1992 to February 17, 1996, the defendant was incarcerated, according to information received from the Adult Correctional Institution.

51. In 1990, and 1991, Mr. Caba reported that he was arrested and detained at the Adult Correctional Institution. He reported that he was violated in 1991, on a probation violation. During the intermittent periods of release from incarceration, Mr. Caba reported that he was self employed, buying and selling cars, from an auction. He does not recall any salary amounts. Ms. Legon offered that the defendant has been buying and selling cars since she has known him.

52. Prior to 1990, Oscar Caba reported that he was employed by Professional Security Company, Cranston, RI. He reported earning less than $200 net per week. This information was unable to be verified.

53. After quitting school, Mr. Caba reported that he was doing auto body work in his own backyard at a home in Providence, RI.

Immigration Status

False Information ↙

54. According to the Immigration and Naturalization Department, the defendant is known as A18 103 100. On July 29, 1999, a detainer was issued indicating that an investigation had been initiated to determine whether the defendant is subject to deportation proceedings. According to a review of the defendant's immigration file, Mr. Caba's immigration status is that of a legal permanent resident, which he received in September of 1994. He entered the United States in September of 1998. Previously, he was placed into deportation proceedings in May of 1993, after a felony conviction of manufacturing and delivery of heroin in the Providence County Superior Court. However, in September of 1994, he received a 245 adjustment by virtue of marriage to a United States Citizen of over ten years. Also, he received a 212(c) Waiver of Inadmissibility exemption, and the government did not appeal his status at that time.

" I told the P.S.I officer that I've been A permanent Resident since the Age of 1½ to 2 years old. I have never been out of the United States. "