IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OSCAR CABA | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-026T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S OBJECTION TO PETITIONER'S APPLICATION FOR REASONABLE BAIL PENDING DETERMINATION OF SECTION 2255 HABEAS CORPUS PETITION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and objects to petitioner's Application For Reasonable Bail Pending Determination Of Section 2255 Habeas Corpus Petition for those reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1620
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)

CERTIFICATION

I hereby certify that on the 14th day of May, 2007, I mailed a true copy of the Within Government's Objection To Petitioner's Application For Reasonable Bail Pending Determination Of Section 2255 Habeas Corpus Petition, ordinary mail and postage prepaid, to:

Oscar Caba
Reg. No. 04697-070
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1620
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OSCAR CABA | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-026T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S APPLICATION FOR REASONABLE BAIL PENDING DETERMINATION OF SECTION 2255 HABEAS CORPUS PETITION**

Petitioner applies for bail, pursuant to 18 U.S.C. § 3143(b), pending a decision on his post-conviction relief petition filed pursuant to 28 U.S.C. § 2255. Caba argues that he is neither a danger nor a risk of flight, and that his petition raises substantial issues. His application should be denied for three reasons.

First. On May 11, 2007, this Court issued a judgment in favor of the United States and denying Caba's § 2255 petition. The application is now moot.

Second. Section 3143(b) of Title 18, United States Code, is applicable only to direct appeals and petitions for writs of certiorari. It does not apply to § 2255 proceedings. United States v. Mett, 41 F.3d 1281, 1282 (9th Cir. 1995); Cherek v. United States, 767 F.2d 335, 337 (7th Cir. 1985); Fonseca v. United States, 129 F.Supp.2d 1096, 1098 (E.D. Mich. 2001).

Third. While "federal district judges in habeas corpus and section 2255 proceedings have inherent power to admit applicants to bail pending the decision of their cases," that power is to be "exercised very sparingly." Cherek, 767 F.2d at 337. In addition to there being substantial questions, there must be "some circumstance making [the] application exceptional and deserving of special treatment in the interests of justice." Aronson v. May, 85 S.Ct. 3, 5 (1964). See also,

Glynn v. Donnelly, 470 F.2d 95, 98 (1st Cir. 1972). As the Court's Memorandum And Order indicates, Caba failed to present substantial questions. Further, he has failed to demonstrate exceptional circumstances.

Therefore, the application should be denied.

Respectfully submitted,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1620
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001(fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2007, I served a copy of the Within Government's Memorandum In Support of It's Objection To Petitioner's Application For Reasonable Bail Pending Determination Of Section 2255 Habeas Corpus Petition, by ordinary mail and postage prepaid, to:

Oscar Caba
Reg. No. 04697-070
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1620
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)