IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OSCAR CABA,
Appellant,

.v.

UNITED STATES,
Appellee.

CASE: C.A. NO: 05-026T

NOTICE OF APPEAL

Come now, Oscar Caba, and puts this court on notice that he appeals the order denying his **motion for relief of "void" judgment pursuant to rule 60 (b)(4) of the Federal Rules Of Civil Procedure or upon court's own motion** issued by Judge Ernest C. Torres on 6/26/07.

7 3 , 2007

Respectfully Submitted

[signature]

OSCAR CABA # 04697-070
F.M.C. DEVENS, P.O. BOX 879
AYER, MA 01432-0879