IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OSCAR CABA,
Appellant,

.V.

UNITED STATES,
Appellee.

C.A. NO: 05-026T

**AFFIDAVIT OF PROVERTY**

Comes now, Oscar Caba, acting in propria persona, in the above-entitled cause and states under his oath, under the pains and penalties of perjury the following:

(1). That Mr. Caba is a federal prisoner, incarcerated at F.M.C. Devens, in Ayer, Massachusetts. 01432-0879.

(2). Mr. Caba is unable to pay the costs for the above-entitled cause of action, or give security thereof.

(3). Mr. Caba seeks an appeal of the district court's denial of his Rule 60 (b)(4) motion for relief of "Void " Judgment" of the Federal Rules of Civil Procedure, or upon court's own motion.

(4). Mr. Caba is filing his **Motion to Proceed inForma Pauperis** and in connection therewith he attaches this Affidavit of Proverty, along with a six months printout of his inmate trust-fund account, so that the court's will waive costs because mr. Caba has no funds and is unable to pay.

7 3 2007.

Oscar Caba

OSCAR CABA # 04697-070
F.M.C. DEVENS, P.O. Box 879
AYER, MASSACHUSETTS. 01432-0879