IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OSCAR CABA | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-026T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S OBJECTION TO PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and objects to petitioner's Application For Certificate Of Appealability for those reasons stated in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

I hereby certify that on the 13th day of July, 2007, I mailed a true copy of the Within Government's Objection To Petitioner's Application For Certificate Of Appealability, ordinary mail and postage prepaid, to:

Oscar Caba
Reg. No. 04697-070
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OSCAR CABA | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-026T |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY**

Travel

On January 26, 2005, Petitioner Oscar Caba (Caba or Petitioner) filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. On May 11, 2007, the Court issued a Memorandum And Order denying Caba's motion to vacate sentence and entering Judgment for the United States. Caba did not seek appellate review. On May 29, 2007, Caba filed a motion for relief of judgment pursuant to Fed. R. Civ. P. 60(b)(4). The Court denied the motion on June 26, 2007. On July 10, 2007, Caba filed a notice of appeal from the denial of his Rule 60(b)(4) motion and filed an application for a certificate of appealability (COA).

Argument

An appeal from a final order in a section 2255 proceeding cannot be taken unless a "circuit justice or judge issues a certificate of appealability." 28 U.S.C. § 2253(c)(1). The certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Berthoff v. United States, 308 F.3d 124, 127 (1st Cir. 2002). This showing requires that the petitioner "demonstrate that reasonable jurists

would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595, 1604 (2000). This authority is applicable to Caba's case because the Court accepted the Government's argument that the Rule 60(b)(4) motion should be treated as a second or successive § 2255 petition.

Because a second or successive § 2255 petition cannot be filed without certification from the appropriate Court of Appeals, and because Caba failed to do so in this case, This Court lacked jurisdiction over the Rule 60(b)(4) motion. Therefore, no COA should issue. Munoz v. United States, 331 F.3d 151, 153 (1st Cir. 2003). See also, 28 U.S.C. §§ 2244 and 2255.

Even if the Court were to consider Caba's arguments, no COA should issue. Caba's protests to the contrary, his argument is grounded in United States v. Booker, 432 U.S. 220, 125 S. Ct. 738 (2005). Every Court of Appeals to address the issue has ruled that Booker is not retroactively applicable to matters on collateral review. See, In Re Fashina, 486 F.3d 1303, 1306-07 (D.C. Cir. 2007); United States v. Gentry, 432 F.3d 600, 604 (5th Cir. 2005); United States v. Morris, 429 F.3d 65, 70 (4th Cir. 2005); United States v. Cruz, 423 F.3d 1119, 1120 (9th Cir. 2005); Never Misses A Shot v. United States, 413 F.3d 781, 783-84 (8th Cir. 2005); Cirio-Munoz v. United States, 404 F.3d 527, 533 (1st Cir. 2005); In Re Olopade, 403 F.3d 159, 160 (3rd Cir. 2005); Varela v. United States, 400 F.3d 864, 868 (11th Cir. 2005); Bey v. United States, 399 F.3d 1266, 1269 (10th Cir. 2005); Humphress v. United States, 398 F.3d 855, 860-63 (6th Cir. 2005); United States v. McReynolds, 397 F.3d 479, 481 (7th Cir. 2005); Green v. United States, 397 F.3d 101,103 (2nd Cir. 2005). Booker, therefore, has no applicability to Caba's case.

Caba has not carried his burden. He cannot demonstrate that reasonable jurists would find This Court's assessment of his claims debatable or wrong. Caba's application for a certificate of appealability should be denied.

Respectfully submitted,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July 2007, I served a copy of the within Government's Memorandum In Support of It's Objection To Petitioner's Application For Certificate Of Appealability, by ordinary mail and postage prepaid, to:

Oscar Caba
Reg. No. 04697-070
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar #1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov