**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

OSCAR CABA
Petitioner

v. C.A. No. 05-026T

UNITED STATES OF AMERICA
Respondent

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

On January 26, 2005, Oscar Caba filed a Motion to Vacate Sentence under 28 U.S.C. § 2255. That motion was denied on May 11, 2007, partly, on the grounds that the motion was untimely because Caba relied on Booker which was not made retroactive to cases on collateral review, and, therefore, did not trigger a new one-year limitations period.

Caba did not file an appeal from the denial of his § 2255 petition. Instead, on May 29, 2007, Caba filed a Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(4), in which he contended that his criminal sentence was "void" under Booker. On June 26, 2007, this Court denied Caba's Rule 60(b) motion on the grounds that it was a successive § 2255 petition over which the court lacked jurisdiction because Caba had not obtained the requisite certification from the Court of Appeals pursuant to § 2244(b)(3), and § 2255. See Munoz v. United States, 331 F.3d 151 (1st Cir. 2003).

Now, Caba has filed an Application for Certificate of Appealability from the Court's June 26, 2007 Order denying his Rule 60(b) motion. That Application is denied for the following reasons:

(1) This Court previously decided that the Rule 60(b) Motion is a successive § 2255 petition, and Caba was required to obtain permission from the Court of Appeals in order to file it.

(2) Caba, himself, appears to acknowledge that his Rule 60(b) motion is a successive § 2255 petition, by seeking a certificate of appealability, which applies only to § 2255 petitions.

(3) Caba has failed to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED:

Ernest C. Torres
Senior U.S. District Judge
July 18, 2007