UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

August 2, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***CA 05-26T OSCAR CABA v. USA***

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva

Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED PLEASE FIND - Appeal Cover Letter; Appeal Cover Sheet; Notice of Interlocutory Appeal; Certified Copies of: Doc. #1 - Motion to Vacate Under 28 U.S.C. 2255; Doc. #18 - Motion for Relief of Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(4) or Upon the Court's Own Motion; Doc. #19 - Government's Objection to Petitioner's Motion for Relief of Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(4)or Upon the Court's Own Motion; TEXT ORDER of Judge Ernest C. Torres on 6/26/07 denying [18] Petitioner's Motion for Relief of Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(4); Doc. #20 - Movant's Rebuttal to Government's Objection to Rule 60(b)(4) of Federal Rules of Civil Procedure or Upon the Court's Own Motion; Doc. #21 - Notice of Appeal; Doc. #22 - Motion for Certificate of Appealability; Government's Objection to Petitioner's Motion for Certificate of Appealability; Doc. #25 - Order denying Motion for Certificate of Appealability; Doc. #26 - Motion in Rebuttal of Government's Objection to Petitioner's Motion for Certificate of Appealability; Certified Copy of Docket.