Case 1:05-cv-00026-T Document 23 Filed 07/10/2007 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODA ISLAND

OSCAR CABA,
Appellant,

.V.

UNITED STATES,
Appellee.

C.A. NO: 05-026T

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Comes now, Oscar Caba, acting in propria persona, and in want of counsel in the above-entitled cause and moves the court to enter its order granting leave to Mr. Caba to proceed in **Forma Pauperia** in the above-captioned cause.

In connection with, Mr. Caba attaches his affidavit of proverty and a six month printout of his inmate trust-fund account.

7 3 2007

DENIED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge 8/8/07

Oscar Caba
Oscar Caba # 04697-070
F.M.C. Devens, P.O. Box 879
AYER, MASSACHUSETTS. 01432-0879

Case 1:05-cv-00026-T Document 23 Filed 07/10/2007 Page 2 of 2

CERTIFICATE OF SERVICE

I, Oscar Caba hereby certify that I have served a true and correct copy of the following:

Application For Certificate of AppealaBility.

Which is seemed filed at the time it was deliver to prison authorities for forwarding, **Houston v. Lack, 101 L. Ed. 2d 245 ( 1988)**, upon the defendan[t]s and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to;

Kenneth P. Madden, Esq.
united States Attorney's office
Fleet Center
50 Kennedy Plaza. 8th Floor
Providence, Rhode Island 02903

and deposited same in the United States Postal Mail at the July 3 day of: 2007,

Oscar Caba