**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

OSCAR CABA
Petitioner

v. C.A. No. 05-026T

UNITED STATES OF AMERICA
Respondent

**ORDER CONDITIONALLY GRANTING, IN PART, MOTION TO PROCEED IFP ON APPEAL**

Oscar Caba's Motion to Appeal, in forma pauperis, from the denial of his Rule 60(b) Motion is hereby GRANTED but only to the extent that he seeks to appeal the question of whether his Rule 60(b) motion was a successive petition over which this Court lacked jurisdiction because Caba had not obtained, from the Court of Appeals, prior permission to file the motion.

Furthermore, in accordance with 28 U.S.C. § 1915(b), Caba must pay $12.27 as an initial partial filing fee representing twenty percent of the average monthly deposits to his inmate account for the previous six month period and F.M.C. Devens shall forward further monthly payments from Caba's account until the filing fee of $455 is paid in full.

IT IS SO ORDERED:

Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: 8/31/07