MANDATE

05-00026
USDC RI
Judge Torres

# United States Court of Appeals
## For the First Circuit

No. 07-2211

OSCAR CABA,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Torruella, Lipez and Howard,
Circuit Judges.

JUDGMENT

Entered: November 9, 2007

Petitioner seeks a certificate of appealability ("COA") to challenge the district court's denial of his motion filed pursuant to Fed. R. Civ. P. 60(b)(4). Since the motion challenged the validity of petitioner's sentence, the district court correctly construed it as an unauthorized second or successive motion filed under 28 U.S.C. § 2255 and dismissed it for lack of jurisdiction. See Munoz v. United States, 331 F.3d 151, 152-53 (1st Cir. 2003).

Insofar as the COA request can be construed as an application for leave to file a second or successive petition, it is denied because the claims petitioner seeks to raise do not involve any newly discovered evidence or new constitutional rule made retroactively applicable to cases on collateral review. See 28 U.S.C. § 2244(b)(3)(C) (indicating that an applicant must make a "prima facie showing" that his application satisfies the statutory requirements); id. § 2255 ¶ 8 (incorporating the provisions of § 2244).

The application for a COA is denied and the appeal is

terminated.

By the Court:

Richard Cushing Donovan, Clerk.

By: ______________________________
Appeals Attorney.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 1/2/08

[cc: Oscar Caba, Donald Lockhart, AUSA]